UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JOHNSON,<br><br>                    Plaintiff<br><br>    v.<br><br>C.O. HOWARD, *et al.*,<br><br>                    Defendants | Case No. 2:22-cv-00055-RFB-VCF<br><br>**ORDER** |

**I.    DISCUSSION**

On January 14, 2022, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before March 15, 2022.  (ECF No. 7).  On February 7, 2022, Plaintiff filed a notice of change of address and motion for extension of time.  (ECF Nos. 9, 10).  The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **April 11, 2022**.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 10) is granted.

IT IS FURTHER ORDERED that on or before **April 11, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **April 11, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

DATED: 2-9-2022

_____
UNITED STATES MAGISTRATE JUDGE