# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| James Johnson,<br><br>        Plaintiff(s),<br><br>v.<br><br>C.O. Howard, et al.,<br><br>        Defendant(s). | 2:22-cv-00055-CDS-VCF<br><br>**ORDER** |

Before the Court are the following motions:

1. motion for production of documents to c/o Howard (ECF NO. 47),

2. motion for admissions to defendant (ECF NO. 48),

3. motion for interrogatories to c/o Howard (ECF NO. 49),

4. motion for admissions (ECF NO. 50),

5. motion for interrogatories to defendant (ECF NO. 51), and,

6. motion for production of documents (ECF NO. 52).

The motions above are discovery requests and should not be filed on the docket. *See* LR 26-7 and Fed. R. Civ. P. 5 (d)(1)(A).

Accordingly,

IT IS HEREBY ORDERED that the motions below are STRICKEN:

1. motion for production of documents to c/o Howard (ECF NO. 47),

2. motion for admissions to defendant (ECF NO. 48),

3. motion for interrogatories to c/o Howard (ECF NO. 49),

4. motion for admissions (ECF NO. 50),

5. motion for interrogatories to defendant (ECF NO. 51), and,

6. motion for production of documents (ECF NO. 52).

DATED this 15th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE